UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:13-cr-115-T-30MAP

CHARLIE VERNON, JR.

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of a motion (Doc. 132) by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for the following firearms and ammunition:

- a. A Colt .45 caliber pistol, serial number 367251;
- b. A Taurus .38 caliber revolver, serial number unknown;
- c. A Raven Arms .25 caliber pistol, serial number 1201036;
- d. A Norinco rifle, serial number 22026748; and
- e. 970 rounds of assorted ammunition.

Being fully advised in the premises, the Court finds that on December 17, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of the defendant in the assets, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).  Doc. 91.

On April 29, 2014, the Court entered an Order to Vacate the Final Judgment of Forfeiture.   Doc. 130

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from December 25, 2013 through January 23, 2014. Doc. 109.   The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds in accordance with the requirements of 21 U.S.C. § 853(n), the United States provided notice to the only person known to have a potential legal interest in the assets.   No person, other than the defendant Vernon, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and Bertha Mae Vernon, who did not file a claim and is deceased, are known to have an interest in the assets.   No third party has filed a petition or claimed an interest in the assets, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 132) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the assets is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 1st day of September, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2013\13-cr-115 FJ of forfeiture 132.docx